IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| REDIN JAMES BAREFOOT, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: L-01-1877 |
| UNITED STATES OF AMERICA, et al. | * | |
| Defendants. | * | |

...oOo...

## ORDER

For the reasons set forth in the foregoing Motion to Extend Time, it is this 7TH day of September, 2001,

**ORDERED**, that the time for filing an answer or other responsive pleading by the Defendants United States, et al, be ENLARGED to no later than ***October 22, 2001***.

_____
The Honorable Benson E. Legg
United States District Judge

**COPIES TO:**
Douglas P. Desjardins
R. Jack Clapp & Associates
444 North Capitol Street, N.W.
Hall of the States, Suite 828
Washington, D.C. 20001
*For Plaintiff, Redin James Barefoot*

Jennifer Lilore Huesman, Esquire
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
*For Defendants, United States, et al.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _7th_ day of September 2001, a copy of the foregoing Consent Motion for Enlargement of Time, and a copy of the proposed Order, were mailed to:

Douglas P. Desjardins
R. Jack Clapp & Associates
444 North Capitol Street, N.W.
Hall of the States, Suite 828
Washington, D.C. 20001

Jennifer Lilore Huesman
Assistant United States Attorney