IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | |
|---|---|
| **REDIN JAMES BAREFOOT, et al.,** | * |
| Plaintiffs, | * Civil Action No: 1:01-CV-01877 |
| v. | * |
| **UNITED STATES OF AMERICA, et al.,** | * ORDER |
| Defendants | * |

## ORDER

For the reasons set forth in the Consent Motion For Enlargement of Time filed by the parties in this matter, it is, this ___6th___ day of ___November___, 2001,

**ORDERED**, that:

1. Plaintiffs shall have until **November 16th, 2001**, to reply to Defendant's Motion.

2. Defendants shall then have until **December 3rd, 2001**, to respond to Plaintiff's reply.

Hon. ~~Benson E. Legg~~ F N Smalkin
United States District Judge

Copies to be served upon:

R. JACK CLAPP & ASSOCIATES, CO,
Douglas P. Desjardins
444 North Capitol Street, NW
Hall of the States, Suite 828
Washington, D.C. 20001
(202) 638-5300
Attorney for Plaintiffs

UNITED STATES ATTORNEY'S OFFICE
Jennifer M. Huesman
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692
(410) 209-4800
Attorney for Defendant