**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REDIN JAMES BAREFOOT, et al.,** | ) | 2002 AUG 20 P 3: 24 |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No: 1:01-CV-01877** |
| | ) | |
| **v.** | ) | _____DEPUT |
| | ) | |
| **UNITED STATES OF AMERICA, et al.,** | ) | **PLAINTIFF'S MOTION FOR A TIME** |
| | ) | **EXTENSION** |
| **Defendants** | ) | |
| | ) | AUG 1 9 2002 |

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

        Now come the Plaintiffs Tina Dillon Barefoot and Redin James Barefoot, both individually and on behalf of the Estate of Redin Karl Barefoot, by and through counsel R. Jack Clapp & Associates, to petition the court for a time extension to file supplemental briefs. In support of this request, Plaintiff's state the following:

1) On August 6th, 2002, Judge Benson Everett Legg ordered Plaintiff to submit a supplemental brief by August 23rd, 2002.

2) Plaintiff's attorney is at trial from August 19 through the end of the month.

3) Plaintiff's have received Defense Counsel's permission for an extension of time.

WHEREFORE, Plaintiff's request that the Court grant a two week extension in order to file a supplemental brief, until September 6, 2002.

Respectfully Submitted,

Douglas P. Desjardins, Esq.
Attorney ID No. 13625
R. JACK CLAPP AND ASSOCIATES
444 N. Capitol St., NW, Suite 828
Washington, D.C. 20001
(202) 638-5300
Attorney for Plaintiffs

APPROVED THIS ___ DAY OF _____ 

_____, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, the /6th day of August, 2002, I served the above Motion for an extension of time, via first-class mail, postage prepaid, upon the following:

Jennifer Lilore Huesman
Assistant United States Attorney
820 U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2692

Michael Ely, Law Clerk to
Douglas P. Desjardins