UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB -6  A 11: 08

AT BALTIMORE

_____DEPUTY

February 3, 2003

MEMORANDUM TO COUNSEL RE:   <u>Redin James Barefoot, et al. v. United States</u>
Civil #L-01-1877

Dear Counsel:

By motion dated January 29, 2003, Plaintiff's attorney, Mr. Jack Clapp, gave the regrettable news that his wife had recently begun chemotherapy. The Court wishes Mr. Clapp and his family success in the treatment and hopes that it will lead to a speedy recovery.

By Order dated January 29th, the Court granted Mr. Clapp's request for a 180-day continuance. The effect of that Order is to extend all deadlines, which have not already passed, by 180 days. The case, therefore, will proceed according to the following schedule:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures <u>re</u> experts | July 29, 2003 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures <u>re</u> experts | August 12, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | August 19, 2003 |
| **Discovery deadline;** **submission of status report** | September 18, 2003 |
| Requests for admission | September 25, 2003 |
| **Dispositive pretrial** **motions deadline** | October 15, 2003 |
| **Motions Hearing** | January 9, 2004 at 10:00 a.m. |

| | |
|---|---|
| **Submission or Pretrial Order, Motions *in Limine*, proposed voir dire questions and proposed jury instructions.** | January 29, 2004 |
| **Pretrial Conference** | February 20, 2004 at 10:00 a.m. |
| **Trial** | March 8, 2004 at 10:00 a.m. |

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:      Court file